COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:        01-14-00103-CV

Style:        Joe Anthony Beames, Personal Representative of the Estate of
Deborah Kay Davis **v** Edwin Howard Hooks, Jr.

Date motion filed[*]:        May 28, 2014

Type of motion:        Unopposed and joint motion for extension of time to file amended or supplemental appellant's brief and appellee's response brief

Party filing motion:        Joint

Document to be filed:        Appellant's amended brief

Is appeal accelerated?        No

If motion to extend time:

    Original due date:        March 6, 2014

    Number of prior extensions:        2        Current Due date:  May 5, 2014

    Date Requested:        June 27, 2014

Ordered that motion is:

    ☑        Granted

        If document is to be filed, document due:  June 27, 2014

        ☑        The Court will not grant additional motions to extend time

    ☐        Denied

    ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐        Other: _____

    **Appellant's amended brief is due no later than June 27, 2014.  *See* TEX. R. APP. P. 38.7, 38.9(a).  Appellee's brief is due 30 days after appellant's brief is filed.**

Judge's signature:/s/ Evelyn V. Keyes_____
            ☑ Acting individually        ☐ Acting for the Court
Panel consists of _____

Date: June 13, 2014_____

November 7, 2008 Revision